IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBRA J. JUELFS, | ) |
| Plaintiff, | ) 8:06CV402 |
| v. | ) |
| SOCIAL SECURITY ADMINISTRATION, Jo Anne Barnhart, Commissioner, | ) JUDGMENT |
| Defendant. | ) |

Pursuant to the Memorandum and Order entered on this date, judgment is entered in favor of the plaintiff and against the defendant. The decision of the Commissioner is reversed and this case is remanded to the Commissioner with instructions to award benefits.

DATED this 21st day of March, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge